ALLEN C. WEISSMAN CO., Inc., et al., Appellants, v. Louis DENISON et al., Equity Receivers of Lehigh Bernstein Mfg. Corp.

Nos. 5562, 5563.

Circuit Court of Appeals, Third Circuit.
May 10, 1935.

Rehearing Denied July 8, 1935.

Grover C. Ladner and Marcy Feder, both of Philadelphia, Pa. (Aarons, Weinstein, Stone & Goldhaber and Wolf, Block, Schorr & Solis-Cohen, and Ladner & Ladner, all of Philadelphia, Pa., of counsel), for appellants.

Julius M. Rapoport, of Allentown, Pa., for appellees receivers.

John H. Diefenderfer, of Allentown, Pa., for other appellees.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

In the equity receivership below, two orders were made by the judge, one confirming a sale of the assets of the company involved, the other dismissing a petition for reorganization of said company under section 77B, Bankr. Act, 11 USCA § 207. From each of these orders appeals were taken. Such appeals concern the individual facts growing out of this receivership, and we deem a discussion thereof unnecessary.

On final analysis, the question of the confirmation of this sale centers on whether the administrative judge abused his discretion in confirming the same. We have carefully considered all phases of the situation, including that of alleged fraud by the parties, with the result that we are of opinion the judge was right. We therefore affirm the decree of confirmation, and, as this virtually eliminates the question of reorganization, both appeals are dismissed.

WILSHIRE OIL COMPANY et al., Appellants, v. UNITED STATES of America et al., Appellees.

No. 7764.

Circuit Court of Appeals, Ninth Circuit.
June 3, 1935.

For opinion below, see 9 F. Supp. 396.

Robert B. Murphey, Alex W. Davis, Wm. L. Murphey, and Ralph F. Forch, all of Los Angeles, Cal., for appellants.

Peirson M. Hall, U. S. Atty., and Clyde Thomas, Asst. U. S. Atty., both of Los Angeles, Cal., for appellees.

Before WILBUR and MATHEWS, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellants and good cause therefor appearing, ordered appeals herein dismissed and mandate issued forthwith.

Claude WYANT, Petitioner, v. Hon. William E. BAKER, Judge of the District Court of the United States for the Northern District of West Virginia, Respondent.

No. 3904.

Circuit Court of Appeals, Fourth Circuit.
June 15, 1935.

Claude Wyant, of Chicago, Ill., for petitioner.

PER CURIAM.

Petition for mandamus dismissed. Order filed.